IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **District Brewing Company, Inc.,** | : | |
| d/b/a "Columbus Brewing Company" | : | |
| | : | |
| Plaintiff, | : | Case No. 2:15-cv-3114 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **CBC Restaurant, LLC,** | : | Magistrate Judge Kemp |
| d/b/a "Columbus Brewing Company | : | |
| Restaurant | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Sever and Dismiss Claims. (Doc. 37.) Under Federal Rules of Civil Procedure 41(a)(2) and 21, Plaintiff moves to sever and dismiss its claims for money damages and punitive damages, as contained in Counts One through Six of the Verified Complaint. (Doc. 1.) Plaintiff seeks to retain the claims for injunctive relief contained in the same Counts One through Six of the Verified Complaint. (Doc. 1.) Defendant does not object to Plaintiff's motion.

For good cause shown, Plaintiff's Unopposed Motion to Sever and Dismiss Claims, (Doc. 37), is **GRANTED.** The Court hereby severs and dismisses only Plaintiff's claims for compensatory and punitive damages.

**IT IS SO ORDERED.**

                                                        s/ Algenon L. Marbley
                                                       **ALGENON L. MARBLEY**
                                                       **UNITED STATES DISTRICT JUDGE**

**DATED: January 13, 2017**